# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JAMES LIPE

      vs                        Case No. 3:10cv105-MCR/MD

ACADEMY COLLECTION SERVICES, INC

## O R D E R

Plaintiff's **VERIFIED FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL (electronically filed 6/18/2010, doc.12)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

**DONE and ORDERED** this 30th day of June, 2010.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**